# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2624
_____

Henry J. Lazniarz; Gina M. Lazniarz

*Appellant*s

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: March 25, 2015
Filed: March 30, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Henry Lazniarz and Gina Lazniarz appeal from the decision of the Tax Court[1]—issued after two trials—determining that they owed a tax deficiency and a penalty for the 2006 tax year. We conclude that the taxpayers were given multiple chances to prove their fact-intensive contentions, and the relatively insubstantial tax amounts in question do not warrant further judicial review. We affirm.

_____

[1]The Honorable David Gustafson, United States Tax Court Judge.